JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAO CARDENAS; ESTATE OF TOMOKO HOETZLEIN,<br><br>　　　　Plaintiffs.<br><br>　　vs.<br><br>COUNTY OF VENTURA, SEVET JOHNSON, LORETTA DENERING, PAUL RICHARDS, ERIC TURNER, SIGNATURE HEALTHCARE SERVICES, LLC, AURORA VISTA DEL MAR HOSPITAL, TIMOTHY PARK, M.D., MANJU BEATTY, M.D., PETER GWYNN, KURT PEIFER, and DOES 1-10, INCLUSIVE,<br><br>　　　　Defendants, | CASE NO. 2:23-cv-05482 KK-SK<br><br>Hon. Kenly Kiya Kato<br><br>**ORDER RE: ADOPTING STIPULATION TO DISMISS ALL REMAINING DEFENDANTS WITH PREJUDICE PURSUANT TO SETTLMENT OF LAWSUIT PURSUANT TO RULE 41(a)(2) OF THE FEDERAL RULES OF CIVIL PROCEDURE**<br><br>**[Filed concurrently with stipulation].** |

　　　Having reviewed the concurrently filed stipulation to dismiss with prejudice the remaining named parties in this lawsuit, pursuant to Rule 41 of the Federal Rules of Civil Procedure, entered into between Plaintiffs MAO CARDENAS and THE ESTATE OF TOMOKO HOETZLEIN and Defendants SIGNATURE HEALTHCARE SERVICES, LLC, AURORA VISTA DEL MAR HOSPITAL, PETER GWYNN, ROBERT KURTIS PEIFER, TIMOTHY PARK, D.O., and

1  MANJU BEATTY, M.D., pursuant to the terms of the Stipulated Dismissal, IT IS
2  HEREBY ORDERED AS FOLLOWS:
3      All of Plaintiffs' claims and the entire civil action against Defendants
4  Signature Healthcare Services, LLC., Aurora Vista Del Mar Hospital, Peter Gwynn,
5  Robert Kurtis Peifer, Timothy Park, D.O., and Manju Beatty, M.D., is hereby
6  DISMISSED with prejudice, with each party bearing its own costs and attorneys'
7  fees.

**IT IS SO ORDERED.**

DATED: February 9, 2026

_____
Hon. Kenly Kiya Kato
United Stated District Judge